# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN McNEIECE,<br><br>           Petitioner,<br><br>   v.<br><br>MARY LATTIMORE, Warden,<br><br>           Respondent. | NO. ED CV 09-0486 RGK (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 12, 2009.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE